IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| MIGUEL QUINTERO-ENRIQUES, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION NO. 18-0348-KD-B |
| BALDWIN COUNTY DETENTION CENTER, | ) | |
| Respondent. | ) | |

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), S.D. Ala. GenLR 72(a)(2)(R), and Rule 8 of the Rules Governing Section 2254 Cases, and dated October 5, 2018, (doc. 5) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that Petitioner Miguel Quintero-Enriques' petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) is DISMISSED without prejudice as duplicative and that Petitioner is not entitled to a Certificate of Appealability.

The Court also certifies that any appeal of this dismissal would be without merit and therefore not taken in good faith. Thus, Petitioner is not entitled to proceed *in forma pauperis* on appeal.

DONE and ORDERED this the 29th day of October 201: .

    /s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE